Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
IN RE:                                          :
Fosamax Products Liability Litigation           :        1:06-md-1789 (JFK)
                                                :
------------------------------------------------------x
*This Document Relates to:*                     :        **NOTICE OF APPEARANCE**
Charlette Burns, and                            :
Coye Holman,                                    :
Jointly and Severally,                          :
v. Merck & Co., Inc.                            :
                                                :
Case No: 1:08-cv-1803-JFK                       :
------------------------------------------------------x

     PLEASE TAKE NOTICE that Paul F. Strain hereby enters his appearance as counsel of record in the above referenced causes of action. All inquiries, pleadings and court documents should be filed and served upon the undersigned.

Dated: March 24 2008
  New York, New York                    Respectfully submitted,


                                        By:            /s/
                                           Paul F. Strain


                                           Venable LLP
                                           Two Hopkins Plaza
                                           1800 Mercantile Bank & Trust Bldg
                                           Baltimore, MD 21201
                                           (410)-244-7717
                                           Fax: (410)-244-7742
                                           Email: pfstrain@venable.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 24, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF system.

                /s/
              Paul F. Strain

              Venable LLP
              Two Hopkins Plaza
              1800 Mercantile Bank & Trust Bldg
              Baltimore, MD 21201
              (410)-244-7717
              Fax: (410)-244-7742
              Email: pfstrain@venable.com